Per Curiam.

(No. 73-CC-383—Claimant

Burdett Oxygen Co., Claimant, *vs.* State of Illinois, Department of Transportation, Respondent.

*Opinion filed April 25, 1974.*

Burdett Oxygen Co., Claimant, pro se.

William J. Scott, Attorney General; Douglas G. Olson, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 73-CC-384—Claimant

Burdett Oxygen Co., Claimant, *vs.* State of Illinois, Department of Transportation, Respondent.

*Opinion filed April 25, 1974.*

Burdett Oxygen Co., Claimant, pro se.

William J. Scott, Attorney General; Douglas G. Olson, Assistant Attorney General, for Respondent.

Per Curiam.